IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| REBECCA CLARK, | § | |
| | § | No.   309, 2019 |
| Appellant-Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware. |
| v. | § | |
| | § | C.A. No.   N18A-03-004 |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee-Below, | § | |
| Appellee. | § | |

Submitted:   January 8, 220
Decided:    January 31, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **O R D E R**

This 31st day of January 2020, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated June 19, 2019.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:


/s/   James T. Vaughn, Jr.
 Justice